```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BERNICE LOAR, Individually and On Behalf :
of All Others Similarly Situated,        :
                                         :
                Plaintiff,               :      Case No.: 1:19-cv-01340-RA
                                         :
        -against-                        :
                                         :
TRINITY CAPITAL CORPORATION,             :
GREGORY G. ANTONSEN, JAMES F.            :
DEUTSCH, JAMES E. GOODWIN JR., JOHN      :
S. GULAS, JEFFREY F. HOWELL, SAMUEL      :
T. HUBBARD JR., ARUTHUR B.               :
MONTOYA, JR., LESLIE NATHANSON           :
JURIS, ANTHONY R. SCAVUZZO, AND          :
CHARLES A. SLOCOMB,                      :
                                         :
                Defendants.              :
---------------------------------------- X

**STIPULATION AND [PROPOSED] ORDER CLOSING CASE FOR ALL PURPOSES**

WHEREAS, on February 25, 2019, the Court entered an order granting plaintiff's voluntary dismissal of the above-captioned action (the "Action") as moot for the reasons stated in that order and dismissed the Action with prejudice as to the named Plaintiff and without prejudice as to the purported class, and retained jurisdiction solely for the purpose of adjudicating a mootness fee and expense application Plaintiff might file;

WHEREAS, the parties have reached an agreement with respect to mootness fees and further have agreed to the entry of this [Proposed] Order Closing the Action;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was meritorious;

**NOW, THEREFORE,** upon consent of the parties and subject to approval of the Court:

IT IS HEREBY ORDERED this 2 day of 4/, 2019, that:

1

1. The Action is closed for all purposes.

Dated: March 29, 2019                             **MONTEVERDE & ASSOCIATES PC**

                                                  By:   /s/ Juan E. Monteverde
                                                        Juan E. Monteverde (JM-8169)
                                                        The Empire State Building
                                                        350 Fifth Avenue, Suite 4405
                                                        New York, NY 10118
                                                        Tel:(212) 971-1341
                                                        Fax:(212) 202-7880
                                                        Email: jmonteverde@monteverdelaw.com

                                                  *Attorneys for Plaintiff*

Dated: March 29, 2019                             **HUNTON ANDREWS KURTH LLP**

                                                  By:   /s/ Patrick L. Robson
                                                        Patrick L. Robson
                                                        200 Park Avenue, 52nd Floor
                                                        New York, New York 10166-0005
                                                        Telephone: (212) 309-1000
                                                        Facsimile: (212) 309-1100
                                                        probson@huntonAK.com

                                                  *Attorneys for Defendants Trinity Capital Corporation, Gregory G. Antonsen, James F. Deutsch, James E. Goodwin Jr., John S. Gulas, Jeffrey F. Howell, Samuel T. Hubbard Jr., Arthur B. Montoya, Jr., Leslie Nathanson Juris, Anthony R. Scavuzzo, and Charles A. Slocomb*

**SO ORDERED** this  2nd  day of  April , 2019.

_____
HONORABLE RONNIE ABRAMS
U.S. DISTRICT JUDGE

2